## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Tano Bogle, § § *Plaintiffs,* § § v. § § Rausch Sturm LLP, Cascade Capital LLC, § and John Doe, § § *Defendants.* § | CASE NO.: 0:22-cv-60171-RS |

## **AFFIDAVIT OF MICHAEL MERZ**

**COUNTY OF** Harford   §
**STATE OF** Maryland   §

BEFORE ME**,** the undersigned authority, on this day personally appeared Michael Merz known to me to be the person whose name is subscribed on this instrument and, having been first duly sworn, upon his oath deposes and states as follows:

1. My name is Michael Merz. I am of legal age and of sound mind and have personal knowledge of the facts set forth in this Affidavit. I am authorized to make this Affidavit on behalf of Cascade Capital LLC ("Cascade") and am competent to testify to the matters contained in this Affidavit. I swear that every statement made in this Affidavit is made on my personal knowledge and is true and correct.

2. I am the Director of Operations for Cascade Receivables Management, LLC, and an authorized representative for Cascade, both a part of the Cascade365 Family. In this role, I am familiar with the process by which Cascade purchased distressed and defaulted debts as well as the contract(s) and media Cascade obtains when it purchases a debt. In this role, I also act as a custodian of records maintained by Cascade. I am familiar with the manner in which Cascade records are created and maintained by virtue of my duties and responsibilities.

3. Attached to this affidavit are the following exhibits, which are true and correct copies of the following document(s):

> Exhibit B: Retail Installment Contract
>
> Exhibit C: Bill of Sale and Assignment
>
> Exhibit D: Purchase File Line Item
>
> Exhibit E: Final Judgment against Tano M. Bogle and Michelle Bogle

4. These documents were kept in the regular course of business, and it was the regular course of our business, with knowledge of the act, event, condition, or opinion, to make the record or to transmit information thereof to be included in this record. The record was made at or near the time or reasonably soon thereafter. The record attached hereto is the original or exact duplicate of the original.

5. Cascade is in the business of purchasing distressed debts from other entities. Cascade regularly purchased debts originally owed to other creditors. As part of these purchases, Cascade receives certain media concerning the account, including the underlying contract that serves as the agreement constituting the debt.

6. On March 13, 2011, Plaintiff entered into a Retail Installment Contract (the "Contract") with CarMax Auto Superstores, Inc ("CarMax"). Exhibit B. CarMax immediately assigned the contract Santander Consumer USA, Inc. ("Santander"), as evidenced by the assignment occurring the same day as the entering of the Retail Installment Contract. *Id*. at 4.

7. This debt pertained to the Contract originally entered into between Plaintiff Tano Bogle ("Plaintiff") and CarMax, and that was subsequently assigned to Santander. The Contract concerned the purchase and financing of an automobile. The debt was created as a result of Plaintiff entering into the Contract and then failing to pay the amounts required under the Contract.

8. On June 9, 2015, Cascade purchased a debt that was owed by Plaintiff to Santander. Santander had been assigned the contract by CarMax. Attached hereto this Affidavit as <u>Exhibit B</u> is the Bill of Sale and Assignment between Cascade and Santander. The Bill of Sale and Assignment states "all right, title and interest of [Santander] in and to those certain receivables, judgments or evidences of debt" were assigned to Cascade.

9. The Bill of Sale and Assignment states that the certain receivables, judgments or evidences of debt purchased by Cascade and assigned to Cascade by Santander are listed in the Financial Asset Schedule. <u>Exhibit C</u>. The Bill of Sale and Assignment further states that "[p]ursuant to the foregoing assignment, the Seller stipulate that Buyer may be substituted for Seller as the valid owner of the Accounts . . . ." *Id.*

10. Attached hereto this Affidavit as <u>Exhibit D</u> is a portion of the Financial Asset Schedule that shows the Purchase File Line Item for the debt owed by Plaintiff. <u>Exhibit D</u> confirms that the account was purchased from Santander.

11. In 2016, Cascade filed suit against Plaintiff on the debt, in the County Court in and for Broward County, Florida, Case No COCE-16-021327. Rausch Sturm LLP, codefendant in this matter, acted as attorney of record for Cascade in the state court lawsuit against Plaintiff. Cascade is identified in the style of the case as Cascade Capital, LLC, assignee of Santander Consumer USA, Inc.

12. On June 26, 2018, Judge Betsy Benson entered Final Judgment against Plaintiff and Michelle Bogle, who was cosigner on the Retail Installment Contract. A copy of the Final Judgment is attached hereto as <u>Exhibit E</u>. That judgment was awarded to Cascade in its capacity as the owner of the Retail Installment Contract that is <u>Exhibit B</u>.

13. The same documents provided to prove ownership of the debt in this matter were used in the state court case to prove ownership of the debt.

14. When Cascade purchased the debt, Cascade was assigned the Retail Installment Contract by Santander. As such, Cascade stepped into the shoes of Santander, and obtained and assumed all rights, duties, and obligations under the Contract.

15. Included in the Contract was an arbitration provision that contained a class action waiver clause. <u>Exhibit A</u> at 3. The arbitration provision and class action waiver are located on the third page of the Contract. *Id.*

16. Cascade does not have any record that Plaintiff ever rejected the arbitration provision.

17. Plaintiff's initials, along with the initials of his cosigner, Michelle Bogle, are present on every page of the Contract.

18. Nothing in the Contract prohibits the assignment of the contract. <u>Exhibit B</u>.

**FURTHER AFFIANT SAYETH NAUGHT**

*[signature]*

NAME: Michael Merz
TITLE: Director of Operations for Cascade Receivables Management, LLC; Authorized Representative of Cascade Capital LLC

SWORN TO AND SUBSCRIBED before me, a Notary Public, on this the 4th day of ~~March~~ April, 2022.

Amanda CRUSSO
Notary Public in and for the State of Maryland



My Commission Expires:

09.24.2024