# Exhibit C

## EXHIBIT "B"
## BILL OF SALE AND ASSIGNMENT

Santander Consumer USA Inc. ("Seller"), for value received and pursuant to the terms and conditions of the Financial Assets Sale Agreement, Effective Date of __09__ **June 2015**, with a Closing Date being the same, between Seller and Cascade Capital, LLC ("Buyer"), its successors and assigns ("Financial Assets Sale Agreement"), hereby assigns effective as of the Closing Date:

> (a) all rights, title and interest of Seller in and to those certain receivables, judgments or evidences of debt described in the Financial Assets Sale Agreement and Financial Asset Schedule (attached hereto as Exhibit "A") attached hereto and made part hereof for all purposes, and

> (b) all principal, interest or other proceeds of any kind with respect to the Financial Assets described on the Financial Asset Schedule, but excluding any payments or other consideration received by Seller on or prior to the Cut-off Date.

Pursuant to the foregoing assignment, the Seller stipulate that Buyer may be substituted for Seller as the valid owner of the Accounts and hereby waives any notice or hearing requirements or otherwise.

**SANTANDER CONSUMER USA INC.**

By: _____

Name: _____Brad Martin_____

Title: _____COO_____

STATE OF TEXAS            )
                          )
COUNTY OF DALLAS          )

Sworn before me this __8th__ day of June, the year of our Lord, two thousand & __fifteen__ (2015____).

_____
(Notary Stamp & Signature)

My commission expires: __9│3│2017__

NARI LEDARA
Notary Public, State of Texas
My Commission Expires
September 03, 2017

Financial Asset Sale Agreement – Non-Collateral "Deficiency" Portfolio v 05/2014