# Exhibit D

| SellerAccountNumber | dContract | nAccount | First_Name | Middle_Name | Last_Name | DateOfBirth | Primary_Address |
|---|---|---|---|---|---|---|---|
| 7422953 | 40615 | 30000174229531000 | TANO | M | BOGLE | 31611 | 340 SW 11TH AVE APT 2 |

| City | State | Zip_Code | Email | SSN | HomePhone | RelatedPartyPhone | EmployerName | Employer_City |
|---|---|---|---|---|---|---|---|---|
| HALLANDALE | FL | 33009 | mrhumble21@gmail.com | 590618395 | 9544551235 | 9545522451 | | |

| Employer_State | Employer_Zip_Code | EmployerPhone | OriginalPhysicalAddress | OriginalPhysicalCity | OriginalPhysicalState | OriginalPhysicalZip |
|---|---|---|---|---|---|---|
| | | | 340 SW 11TH AVE APT 2 | HALLANDALE | FL | 33009 |

| CO_First_Name | CO_Middle_Name | CO_Last_Name | CO_DateOfBirth | CO_Address | CO_City | CO_State | CO_Zip | CO_SSN |
|---|---|---|---|---|---|---|---|---|
| Michelle | | Bogle | 31774 | 340 SW 11TH AVE APT 2 | HALLANDALE | FL | 33009 | 595988005 |

| CO_HomePhone | CO_EmployerName | CO_EmployerPhone | VIN | Vehicle YearMakeModel | BlackBook |
|---|---|---|---|---|---|
| | CHESTER BROOK ACADEMY | | 1HGCP26338A036102 | 2008 HONDA ACCORD-4 CYL | 7600 |

| SaleProceedsReceived | SaleType | cContractState | dFunded | FinancedAmount | nPrincipalBalance | nPaymentsMade | nInterestRate | dLastPayment |
|---|---|---|---|---|---|---|---|---|
| 10682 | Auction | FL | 40617 | 18557.88 | 6697.54 | 12 | 0 | 41121 |

| nLastPaymentAmt | dChargeOff | cChargeOffReason | nChargeOffBalance | dDeficiency | cRepoAddress | Repo CityStateZip |
|---|---|---|---|---|---|---|
| 191.26 | 41213 | 11-Sale-Auction | 6697.54 | 41204 | 340 SW 11TH AVE | HALLANDALE BEACH FL 33009 |

| VoluntaryRepo | Company | cInsuranceCompany | TitleDescription | cTitleState | FlexTag | PortfolioOwner |
|---|---|---|---|---|---|---|
| Involuntary Repo | Santander | STATE FARM | Perfected | FL | SOLD | CASCADE CAPITAL LLC SERIES A |

Issuer

Santander Consumer USA Inc.