# Exhibit E

IN THE COUNTY COURT IN AND FOR BROWARD COUNTY, FLORIDA

| | |
|---|---|
| Cascade Capital LLC assignee of Santander Consumer USA Inc.<br>　　Plaintiff,<br>vs.<br><br>TANO M BOGLE<br><br>MICHELLE BOGLE<br>　　Defendant(s).<br>_____/ | CASE NUMBER: COCE-16-021327<br><br>JUDGE: BETSY BENSON<br><br>Our File #2378529 |

**FINAL JUDGMENT AGAINST**
**TANO M BOGLE and MICHELLE BOGLE**

　　This action came before the Court after entry of Default Judgment against Defendant(s) and

　　IT IS ORDERED AND ADJUDGED that the Plaintiff, Cascade Capital LLC assignee of Santander Consumer USA Inc., 1670 Corporate Cir, Suite 202, Petaluma, CA 94954, shall recover from the Defendant(s), TANO M BOGLE, 340 SW 11TH AVE APT 2, HALLANDALE FL 33009, \*\*\*-\*\*-8395 and MICHELLE BOGLE, 340 SW 11TH AVE APT 2, HALLANDALE FL 33009, \*\*\*-\*\*-8005, the following judgment:

| | |
|---|---|
| Principal | $6,697.54 |
| Court Costs/Process Server Fee | $426.00 |
| **Subtotal** | $7,123.54 |
| Interest Owed | $0.00 |
| **Total:** | **$7,123.54** |

Which judgment shall bear interest at the legal rate of 5.05%.

　　IT IS FURTHER ORDERED AND ADJUDGED that the Defendant(s) shall complete under oath Florida Rule of Civil Procedure Form 1.977 (Fact Information Sheet), including all required attachments and return it to the Plaintiff's attorney within 45 days from the date of this Final Judgment, unless the Final Judgment is satisfied or post-judgment discovery is stayed. Jurisdiction of this case is retained to enter further orders that are proper to compel Defendant(s) to complete Form 1.977, including all required attachments, and return it to the Plaintiff's attorney.

　　ORDERED in chambers in BROWARD COUNTY this ____ day of _____, 20 ___ .

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Judge BETSY BENSON

*[Stamp: BETSY BENSON JUN 26 2017 A True Copy]*

Conformed copies to:

Sarah C. Daley
Stephen Bernhardt
David Orr
RAUSCH, STURM, ISRAEL, ENERSON & HORNIK, LLC
5801 Ulmerton Rd, Suite 201
Clearwater, FL 33760-3951

2378529